IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEY BANK, NATIONAL ASSOCIATION,        )<br>        Plaintiff,        )<br>        )<br>v.        )<br>        )<br>CLARKE COUNTY HEALTHCARE, LLC,        )<br>*et al.*,        )<br>        Defendants.        ) | CIVIL ACTION 15-00151-KD-B |

## JUDGMENT

In accordance with the Orders issued on this date granting Plaintiff's motions for default judgment (Docs. 42, 43), it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1) **DEFAULT JUDGMENT** is entered in favor of Plaintiff and against Resurgence Health Group, LLC in the amount of **$102,941.08** (comprised of $98,487.08,[1] $4,104.00 in attorneys' fees, and $350.00 in costs), such that this case is **DISMISSED**.

2) **DEFAULT JUDGMENT** is entered in favor of Plaintiff and against Clarke County Healthcare, LLC, in the amount of **$105,301.83** (comprised of $98,487.08,[2] $5,857.00 in attorneys' fees, and $957.75 in costs), such that this case is **DISMISSED**.

Additionally, the Clerk is **DIRECTED** to provide a copy of this Order, via certified mail, to Defendant Clarke County Healthcare, LLC, c/o 2916 Mountain Brook Parkway, Birmingham, AL, 35223 (the address where service was previously accomplished); and to provide a copy of this Order, via certified mail, to Defendant Resurgence Health Group, LLC c/o CT Corporation System, 1201 Peachtree Street, NE, Atlanta, Georgia 30361 (the address where service was previously accomplished).

**DONE** and **ORDERED** this **21st** day of **January 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Due by defendants jointly and severally as between Clarke and Resurgence (i.e., Plaintiff cannot recover $98,487.08 from Clarke and also recover another $98,487.08 from Resurgence).

[2] Id.